# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 58 EM 2021 |
| Respondent | : | |
| v. | : | |
| BRIAN TOOTLE, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of January, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.

With respect to the Application to Withdraw as Counsel filed by Attorney Todd M. Mosser, Petitioner's former counsel, it is noted that Petitioner's present counsel had filed an entry of appearance in this Court, confirming that his appearance substitutes for that of Attorney Mosser. Attorney Mosser thus need not have filed an Application to Withdraw as Counsel. *See* Pa.R.A.P. 120 (stating that, with respect to matters in which "an attorney enters an appearance as substitute counsel for a party, the original counsel of record for that party may withdraw by *praecipe*, without filing an application for permission to withdraw"). Accordingly, the Prothonotary is DIRECTED to treat Attorney Mosser's Application to Withdraw as Counsel as a Praecipe to Withdraw as Counsel.

Justice Brobson did not participate in the consideration or decision of this matter.